**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
In Re:

      GEORGIE-ANN RYS                      Chapter 13

                                                              Case No.

-------------------------------------------------------------------X

## CHAPTER 13 PLAN

The future earnings of the debtor(s) are submitted to the supervision and control of the trustee, and the debtor shall pay the trustee the sum of $370.00 for 60 months.

From the payments so received, the trustee shall make disbursements as follows:

1- Full payment in deferred cash payments of all claims entitled to priority under 11 U.S.C. Sec. 507. The debtor's attorney shall receive the sum of $1,035.00 as the balance of his fee.

2- Holders of allowed secured claims shall retain the liens securing such claims and shall be paid as follows:

      Arrearages to be paid by the trustee inside the Chapter 13 Plan.
      Current secured payments to be made by debtor's outside Chapter- 13 Plan.

3- Pro-rata with dividends to secured creditors, dividends to unsecured creditors whose claims are duly allowed.

The following executory contracts is/are rejected: None

Title to the debtor's property shall revest in the debtor on confirmation of the debtor's plan.

Dated: _____                    _____
                                                          Georgie-Ann Rys, Debtor

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

In re:

    GEORGIE-ANN RYS                          CHAPTER 13

                Debtor                              Case No.

-------------------------------------------------------------X

## SUMMARY OF CHAPTER 13 PLAN

The debtor shall pay to the trustee the sum of $ 370.00 monthly for 60 months.

The plan shall provide for distribution as follows:

_x_____ 1. Full payment in deferred cash payments to priority creditors. The debtor's attorney shall receive the sum of $1,035.00 as the balance of his fee.

_x_____ 2. Secured arrearages to be paid inside plan. Current secured payments to be made by debtor(s) outside plan.

_x_____ 3. Pro-rata with payments to secured creditors, payments to unsecured creditors whose claims are filed and allowed.

Dated: _____

                                                                            _____
                                                                                        Georgie-Ann Rys, Debtor