**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
In Re:

       GEORGIE-ANN RYS               Chapter 13

                                                   Case No. 01-37897

-------------------------------------------------------------------X

## AMENDED CHAPTER 13 PLAN

The future earnings of the debtor(s) are submitted to the supervision and control of the trustee, and the debtor shall pay the trustee the sum of $370.00 for 5 months and then $545.00 for 55 months.

From the payments so received, the trustee shall make disbursements as follows:

1- Full payment in deferred cash payments of all claims entitled to priority under 11 U.S.C. Sec. 507. The debtor's attorney shall receive the sum of $1,035.00 as the balance of his fee.

2- Holders of allowed secured claims shall retain the liens securing such claims and shall be paid as follows:

        Arrearages to be paid by the trustee inside the Chapter 13 Plan.
        Current secured payments to be made by debtor's outside Chapter- 13 Plan.

3- Pro-rata with dividends to secured creditors, dividends to unsecured creditors whose claims are duly allowed.

The following executory contracts is/are rejected: None

Title to the debtor's property shall revest in the debtor on confirmation of the debtor's plan.

Dated: June 28, 2002                           _____
                                                    Georgie-Ann Rys, Debtor